JOHN L. BURRIS, ESQ.  SB#69888
BENJAMIN NISEBAUM, ESQ. SB: 222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA  94621-1939
Tel: (510) 839-5200
Fax: (510) 839-3882
E/M: John.Burris@JohnBurrisLaw.com

Attorneys for Alberto Arambula

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO ARAMBULA, an individual,<br><br>Plaintiff,<br>vs<br>RYAN KIMBER, an individual;<br>MATTHEW HAYWARD, an individual<br>and DOES 1-50, inclusive; individually<br>and in their capacities as law enforcement<br>agents and/or personnel for<br>the SAN JOSE POLICE DEPARTMENT,<br>Defendants.<br>    Defendants. | Case: 13-cv-05697-JST<br><br>**PLAINTIFF'S COUNSEL' REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE** |

Plaintiff's counsel, Benjamin Nisenbaum, Esq. hereby requests to appear by telephone at the Case Management Conference on May 14, 2014 at 2:00 p.m. before the Honorable Jon S. Tigar in Courtroom 9, 19th Floor, San Francisco.

Plaintiff's counsel was not aware of the rescheduled date of the Case Management Conference in the Arambula matter and is currently in depositions in Santa Rosa in another matter.

**PLAINTIFF'S COUNSEL' REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE**   1

Plaintiff's counsel has contacted other attorneys in the firm regarding appearing at the Case Management Conference today at 2:00 p.m. in the instant matter however Attorneys Burris and Pointer are scheduled to be at a CMC today at 2:00 p.m. in the Chevron matter in Martinez and attorney Lacy is conducting depositions all day.

If the Court grants Plaintiff's counsel request to appear by telephone at the Case Management Conference, I can be reached by telephone at (510) 282-3390.

Respectfully submitted,

LAW OFFICES OF JOHN L. BURRIS

Dated: May 14, 2014  /s/ Benjamin Nisenbaum
John L. Burris, Esq.
Benjamin Nisenbaum, Esq.
Attorneys for Plaintiff
Alberto Arambula

**PLAINTIFF'S COUNSEL' REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE**   2

1 <center>(PROPOSED) ORDER</center>

2

3

4   Plaintiff's Request to Appear by Telephone at the Case Management

5 Conference has been reviewed: and, GOOD CAUSE APPEARING THEREFORE,

the Court rules as follows;

6

7   IT IS HEREBY ORDERED: That Plaintiff's request that Plaintiff's Counsel,

Benjamin Nisenbaum, be allowed to appear by telephone is granted.

8

  Plaintiff's counsel, Benjamin Nisenbaum shall be available at the following

9 telephone number on May 14, 2014 at 2:00 p.m.: (510) 282-3390.

10

11

12 Dated:  May 14, 2014

13



14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PLAINTIFF'S COUNSEL' REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE**   3