1  JOHN L. BURRIS, ESQ.  SB#69888
2  BENJAMIN NISEBAUM, ESQ. SB: 222173
   LAW OFFICES OF JOHN L. BURRIS
3  Airport Corporate Centre
   7677 Oakport Street, Suite 1120
4  Oakland, CA  94621-1939
   Tel: (510) 839-5200
5  Fax: (510) 839-3882
   E/M: john.burris@johnburrislaw.com
6
   Attorneys for Alberto Arambula
7
8  RICHARD DOYLE, City Attorney (88625)
   NORA FRIMANN, Assistant City Attorney (93249)
9  RANDOLPH S. HOM, Senior Deputy City Attorney (152833)
   Office of the City Attorney
10 200 East Santa Clara Street, 16th Floor
   San José, California 95113-1905
11 Telephone Number: (408) 535-1900
   Facsimile Number: (408) 998-3131
12 E-Mail Address: cao.main@sanjoseca.gov
13
   Attorneys for Defendants
14 RYAN KIMBER and MATTHEW HAYWARD

15               **UNITED STATES DISTRICT COURT**
16            **NORTHERN DISTRICT OF CALIFORNIA**
17

| | |
|---|---|
| 18 ALBERTO ARAMBULA, an individual,<br><br>19<br><br>20            Plaintiff,<br>  vs.<br>21<br>22 RYAN KIMBER, an individual;<br>MATTHEW HAYWARD, an individual<br>23 and DOES 1-50, inclusive; individually<br>and in their capacities as law enforcement<br>24 agents and/or personnel for the SAN JOSE<br>25 POLICE DEPARTMENT,<br>26          Defendants. | Case: 13-cv-05697-JST<br><br>**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO COMPLETE  SETTLEMENT CONFERENCE AND AMENDED SCHEDULING ORDER** |

27
28
                                                                    1
   STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO COMPLETE
   SETTLEMENT CONFERENCE AND AMENDED SCHEDULING ORDER

**STIPULATION**

All parties to this action stipulate and agree, by and through their respective counsel, as follows:

1. On May 14, 2014, the parties in this matter appeared before the Court during an initial Case Management Conference.  The parties were referred to Magistrate Judge Beeler for a settlement conference to be completed by August 15, 2014;

2. On May 19, 2014, Judge Beeler notified the parties that a Settlement Conference was scheduled for September 16, 2014;

3. Presently, Plaintiff's counsel Benjamin Nisenbaum and John L. Burris are unavailable for Settlement Conference currently scheduled for September 16, 2014 due to scheduling conflicts.  Plaintiff's counsel are currently engaged in Trial before the Honorable Jeffrey S. White in the matter or Espinosa, et al. v. City and County of San Francisco, et al. 4:06-cv-04686 JSW.  The Trial is expected to last six (6) weeks;

4. In anticipation of the Settlement Conference, to keep attorney fees at a minimum, the parties have not yet served written discovery on each other, which will, of course, not be responded to until at least 33 days after service.  Also, counsel have not yet conducted any depositions in this case; and,

5. Therefore, the parties request that this Court extend the time for completion of Settlement Conference from the presently scheduled date for completion, 08-15-14, to a date ninety (90) days from that date; the parties similarly request that the Court adjust the dates in its Scheduling  Order dated June 3, 2014 such that all dates for completion

**STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO COMPLETE SETTLEMENT CONFERENCE AND AMENDED SCHEDULING ORDER**

2

are extended by ninety (90) days including but not limited to dates relating to fact

discovery, expert disclosure and discovery, dispositive motions, and jury trial.


Respectfully submitted,

LAW OFFICES OF JOHN L. BURRIS

Dated: September 8, 2014     /s/ Benjamin Nisenbaum
John L. Burris, Esq.
Benjamin Nisenbaum, Esq.
Attorneys for Plaintiff Alberto Arambula


RICHARD DOYLE, City Attorney

Dated: September 9, 2014     /s/ Randolph S. Hom
RANDOLPH S. HOM, Senior Deputy City
Attorney
Attorneys for Defendants
RYAN KIMBER and MATTHEW HAYWARD


(PROPOSED)  ORDER


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: September 11, 2014     _____

HONORABLE
UNITED STATES

IT IS SO ORDERED

Judge Jon S. Tigar

3

**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO COMPLETE
SETTLEMENT CONFERENCE AND AMENDED SCHEDULING ORDER**