UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALBERTO N. ARAMBULA, | Case No. 13-cv-05697-JST |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO FILE STIPULATION OF DISMISSAL** |
| RYAN KIMBER, et al., | Re: ECF No. 30 |
| Defendants. | |

The parties informed the Court on February 3, 2015 that they have settled this action. See ECF No. 30. Accordingly, all deadlines and hearings in this case are VACATED. By March 12, 2015, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

The Court also hereby SETS a case management conference on March 25, 2015, which will be vacated automatically if the stipulation of dismissal is timely filed.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: February 10, 2015

JON S. TIGAR
United States District Judge